# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| GARRY D. GIBBS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:15-CV-88 SNLJ |
| | ) | |
| CITY OF NEW MADRID, et al., | ) | |
| | ) | |
| Defendants, | ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on its own motion. On May 20, 2015, plaintiff filed this action against the City of New Madrid and several police officers who arrested him for operating a business without a license. On June 8, 2015, the Court stayed this action under *Wallace v. Kato* because of pending criminal charges against plaintiff pertaining to the arrest. At that time, a jury trial was scheduled for June 17, 2015.

The Court ordered plaintiff to notify it when the judgment in the criminal action became final. To this date, plaintiff has not updated the Court on the status of the criminal action. Therefore, the Court will order plaintiff to give it a status update.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff must notify the Court, no later than fourteen (14) days from the date of this Order, of the status of *Missouri v. Gibbs*, No. 12NM-CR00544 (New Madrid County).

**IT IS FURTHER ORDERED** that if plaintiff fails to comply with this Order, the Court will dismiss this action without further proceedings.

Dated this 13th day of December, 2016.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE