UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| GARRY D. GIBBS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:15-CV-88 SNLJ |
| | ) | |
| CITY OF NEW MADRID, et al., | ) | |
| | ) | |
| Defendants, | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion for reconsideration. Plaintiff has failed to demonstrate that the Court erred in dismissing the County of New Madrid or the John Doe defendants.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for reconsideration (Doc. 17) is **DENIED**.

Dated this  20st  day of April, 2017.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE