UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| GARRY D. GIBBS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:15-CV-88 SNLJ |
| CITY OF NEW MADRID, et al., | ) ) | |
| Defendants, | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on its own motion. Summons was returned unexecuted as to defendants Ricky Rhoades, Charles Brandenburg, and Joshua Johnson because they no longer work for the City of New Madrid. Therefore, the Court will require defendant City of New Madrid to provide the Court with their last known residential addresses. The addresses must be filed under seal and *ex parte*.

Accordingly,

**IT IS HEREBY ORDERED** that the City of New Madrid must provide the Court with defendants Ricky Rhoades, Charles Brandenburg, and Joshua Johnson's last known residential addresses, under seal and *ex parte*, within twenty-eight (28) days of the date of this Order.

Dated this 2nd day of May, 2017.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE